PS 8 Revised 07
MD/TN Revised 06/13

# UNITED STATES DISTRICT COURT
## for the
## MIDDLE DISTRICT OF TENNESSEE

U.S.A. vs. **Yousef Badawy**          Docket No. 0650 3:13CR00114 - 1

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Maria K Johnson**, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant **Yousef Badawy** who was placed under pretrial release supervision by the **Honorable E. Clifton Knowles, U.S. Magistrate Judge** sitting in the Court at **Nashville, Tennessee**, on **June 06, 2013**, under the following conditions: Please reference the attached Order Setting Conditions of Release.

Respectfully presenting petition for action of Court and for cause as follows:
Please reference page two of this document.

I declare under penalty of perjury that the foregoing is true and correct.

| Maria K Johnson /s/ | Nashville, TN | November 15, 2013 |
|---|---|---|
| U.S. Pretrial Services Officer | Place: | Date: |

| Next Scheduled Court Event | **Trial** | 01/21/2014 |
|---|---|---|
| | Event | Date |

## PETITIONING THE COURT

- ☒ No Action
- ☐ To Issue a Warrant
- ☐ To issue an order setting a hearing on the petition
- ☐ Other

## THE COURT ORDERS:

- ☒ No Action
- ☐ The Issuance of a Warrant.
  - ☐ Sealed Pending Warrant Execution
    (cc: U.S. Probation and U.S. Marshals only)
- ☐ Other
- ☐ A Hearing on the Petition is set for

_____  _____
Date                     Time

Considered and ordered this **18th** day of **November, 2013**, and ordered filed and made a part of the records in the above case.

_/s/ E. Clifton Knowles_
Honorable E. Clifton Knowles
U.S. Magistrate Judge

The Honorable E. Clifton Knowles
U.S. Magistrate Judge
RE: Petition for Action On
Yousef Badawy
3:13CR00114
November 15, 2013

On June 7, 2013, Yousef Badawy was released by Your Honor, on his personal recognizance and pretrial services supervision with conditions. He has since been supervised by the United States Probation and Pretrial Services Office in the Middle District of Tennessee.

**Special Conditions of Pretrial Release:**

Please reference the attached Order Setting Conditions of Release.

**Violation(s):**

**Special Condition 7(p): Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.** On November 6, 2013, the defendant submitted a urine screen at the U.S. Probation Office. The specimen was sent to Alere Laboratories in Gretna, Louisiana, and confirmed positive for cocaine.

**Probation Officer's Actions:**
On November 13, 2013, the defendant reported to the office to discuss the positive results. The defendant adamantly denied cocaine use. As a result of the positive screen, the defendant was placed in the Code-A-Phone drug testing program within the U.S. Probation Office. The most recent urine screen submitted by the defendant on November 15, 2013, indicated negative results.

**Respectfully Petitioning the Court as Follows:**
This was the defendant's first positive urine screen since his release on bond. It is respectfully recommended that no action be taken by the Court at this time. Should the defendant continue to test positive for drugs, then he will be referred for drug treatment. Additionally, Pretrial Services will request a hearing before the Court, where the defendant can answer why his bond should not be revoked. AUSA Blanche Cook concurs with this recommendation.

Approved by:

_____
W. Burton Putman
Supervisory U.S. Probation Officer


xc: Blanche Cook, Assistant U.S. Attorney
    Sumter Camp, Assistant Federal Public Defender